# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LK TRANSPORTATION, INC., a California Corporation; MARIO PRADO, an individual; JOHN SHOWER, an individual; JOHN RITCHIE, an individual; SANDRA RITCHIE, an individual; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. 2:13-cv-01453-JAM-EFB<br><br>**ORDER** |

The Court has received the parties' stipulation submitted on December 16, 2013.  Based on that stipulation, and for good cause showing,

IT IS HEREBY ORDERED:

1. Defendants LK Transportation, Inc. and Mario Prado shall be bound by the results of the cross-motions for summary judgment, or any other judgment in this case resolving the disputed coverage issue, to the same extent as if they had actively litigated the issue on their own behalf;

2. Defendants LK Transportation, Inc. and Mario Prado shall not be required to file any brief in support of or in opposition to the cross-motions for summary judgment, and their failure to do so shall not be used against them in any way;

3. Except as noted in paragraph 4 below or as otherwise ordered by the Court, Defendants LK Transportation, Inc. and Mario Prado shall not be required to attend hearings, provide disclosures under Fed.R.Civ.P. 26, or otherwise participate in the litigation, and their failure to do so shall not be used against them in any way;

4. To the extent Travelers or the Personal Injury Plaintiffs determine that they need discovery from defendants LK Transportation, Inc. and Mario Prado, LK Transportation, Inc. and Mario Prado will respond to such discovery requests, subject to the same rights, privileges, rules, and limitations normally applicable to a party under the Federal Rules of Civil Procedure.

DATED: December 18, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE